IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 90-315-2 |
| NELSON HERNANDEZ | : | |

### **ORDER**

AND NOW, this 16th day of April, 2013, upon consideration of Defendant Nelson Hernandez's Motions to Supplement (Documents 106 and 107), in which Hernandez seeks to supplement his previously filed "Motion to Dismiss Information Filed Under Title 21 U.S.C. § 851(a) for Lack of Subject Matter Jurisdiction Pursuant to [Federal Rule of Civil Procedure] 60(b)(6) and [Federal Rule of Criminal Procedure] 12(b)(2)" with citations to newly decided cases, it is ORDERED the motions are GRANTED insofar as this Court will treat Hernandez's motion to dismiss as incorporating the arguments and authorities raised in the motions to supplement.

It is further ORDERED the above-referenced motion to dismiss (Document 101) is DISMISSED.

It is further ORDERED Hernandez's status request motions (Documents 102 and 103) and Motion Requesting Final Resolution (Document 108) are DENIED as moot.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez